**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals, Plaintiff, v. MYSPACE, INC., a Delaware Corporation, Defendant. | FILED March 18, 2008  TG 08cv1578 Judge SHADUR Magistrate Judge SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MySpace, Inc., Defendant.

| NAME (Type or print) |  |
|---|---|
| Blaine C. Kimrey |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Blaine C. Kimrey |  |
| FIRM |  |
| Sonnenschein Nath & Rosenthal LLP |  |
| STREET ADDRESS |  |
| 7800 Sears Tower, 233 S. Wacker Dr. |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6279625 | (312) 876-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |