UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>vs.<br><br>MYSPACE, INC., a Delaware corporation,<br><br>           Defendant. | FILED<br>March 18, 2008   TG<br>No. 08cv1578<br>Judge SHADUR<br>Magistrate Judge SCHENKIER |

## NOTICE OF FILING

TO:   Myles McGuire
        KAMBEREDELSON, LLC
        53 W. Jackson Blvd.
        Suite 1530
        Chicago, IL 60604

     PLEASE TAKE NOTICE THAT on March 18, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois a NOTICE OF REMOVAL.

Dated: March 18, 2008                     Respectfully submitted,
                                              MYSPACE, INC.


                                              By: /s/ David R. Geerdes
                                                   One of its attorneys

Blaine C. Kimrey (ARDC # 6279625)
David R. Geerdes (ARDC # 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

**CERTIFICATE OF SERVICE**

     I am an attorney and hereby certify that on March 18, 2008, I caused true copies of the foregoing NOTICE OF FILING to be served by messenger upon the following counsel for Plaintiff:

>Myles McGuire
>KAMBEREDELSON, LLC
>53 W. Jackson Blvd.
>Suite 1530
>Chicago, IL 60604

     /s/ David R. Geerdes
     David R. Geerdes
     Attorney for defendant MySpace, Inc.