UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 01578 |
| vs. | ) ) ) | Judge Milton I. Shadur<br>Magistrate Judge Sidney I. Schenkier |
| MYSPACE, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF AGREED MOTION**

TO:  Myles McGuire
     KAMBEREDELSON, LLC
     53 W. Jackson Blvd.
     Suite 1530
     Chicago, IL 60604

PLEASE TAKE NOTICE THAT on Tuesday, March 25, 2008 at 9:15 a.m., the undersigned shall appear before the Honorable Judge Shadur or any judge sitting in his stead, in courtroom 2303, 219 South Dearborn, Chicago, Illinois, and present an AGREED MOTION FOR AN EXTENSION OF TIME FOR MYSPACE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT, a copy of which motion is hereby served upon you.

Dated:  March 19, 2008                    Respectfully submitted,
                                          MYSPACE, INC.


                                          By:  /s/ David R. Geerdes
                                               One of its attorneys

Blaine C. Kimrey (ARDC # 6279625)
David R. Geerdes (ARDC # 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

**CERTIFICATE OF SERVICE**

     I am an attorney and hereby certify that on March 19, 2008, I caused true copies of the foregoing NOTICE OF MOTION  to be served by messenger upon the following counsel for Plaintiff:

> Myles McGuire
> KAMBEREDELSON, LLC
> 53 W. Jackson Blvd.
> Suite 550
> Chicago, IL 60604

                                                          /s/ David R. Geerdes
                                                          David R. Geerdes
                                                          Attorney for defendant MySpace, Inc.