UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 01578 |
| vs. | ) ) ) | Judge Milton I. Shadur<br>Magistrate Judge Sidney I. Schenkier |
| MYSPACE, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S LOCAL RULE 3.2 STATEMENT

Defendant MySpace, Inc. ("MySpace"), through its undersigned attorneys, hereby states that it is a corporation organized and existing under the laws of Delaware. MySpace's parent company is Fox Interactive Media, Inc., a corporation organized and existing under the laws of Delaware, headquartered at 1211 Avenue of Americas, 8th Floor, New York, NY 10036. No other entity owns more than 5% of MySpace.

Dated: March 19, 2008

Respectfully submitted,
MYSPACE, INC.

By: /s/ David R. Geerdes
    One of its attorneys

Blaine C. Kimrey (ARDC # 6279625)
David R. Geerdes (ARDC # 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

## **CERTIFICATE OF SERVICE**

I am an attorney and hereby certify that on March 19, 2008, I caused true copies of the foregoing DEFENDANT'S LOCAL RULE 3.2 STATEMENT to be served by messenger upon the following counsel for Plaintiff:

> Myles McGuire
> KAMBEREDELSON, LLC
> 53 W. Jackson Blvd.
> Suite 550
> Chicago, IL 60604

  /s/ David R. Geerdes
David R. Geerdes
Attorney for defendant MySpace, Inc.