UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MYSPACE, INC., a Delaware corporation,<br><br>Defendant. | No. 08 CV 01578<br><br>Judge Milton I. Shadur<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF FILING

TO:  Myles McGuire
     KAMBEREDELSON, LLC
     53 W. Jackson Blvd.
     Suite 1530
     Chicago, IL 60604

PLEASE TAKE NOTICE THAT on March 19, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois DEFENDANT'S LOCAL RULE 3.2 STATEMENT.

Dated:  March 19, 2008                         Respectfully submitted,
                                               MYSPACE, INC.


                                               By:  /s/ David R. Geerdes
                                                      One of its attorneys

Blaine C. Kimrey (ARDC # 6279625)
David R. Geerdes (ARDC # 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

## CERTIFICATE OF SERVICE

I am an attorney and hereby certify that on March 19, 2008, I caused true copies of the foregoing NOTICE OF FILING to be served by messenger upon the following counsel for Plaintiff:

> Myles McGuire
> KAMBEREDELSON, LLC
> 53 W. Jackson Blvd.
> Suite 550
> Chicago, IL 60604

  /s/ David R. Geerdes
David R. Geerdes
Attorney for defendant MySpace, Inc.