## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-cv-01578

Crisswell
v.
MySpace, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Myles McGuire |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Myles McGuire |
| FIRM<br>KamberEdelson, LLC |
| STREET ADDRESS<br>53 West Jackson Boulevard Suite 53 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER<br>44146                                                                (312) 589-6370 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |