UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals, )
)
)
)
)  No. 08-cv-01578
Plaintiff, )
)
)  Judge Milton Shadur
v. )
)
)
MYSPACE, INC., a Delaware corporation, )
)
)
Defendant. )
)
)

**NOTICE OF MOTION**

TO:   Blaine C. Kimrey
      David R. Gerdes
      Sonnenschein, Nath & Rosenthal, LLP
      233 South Wacker Drive
      Sears Tower
      Chicago, IL 60606
      (312) 876-3175
      Email: bkimrey@sonnenschein.com
      Email: dgeerdes@sonnenschein.com

On May 6, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 2303 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604 and present Plaintiff's Motion to Remand, a copy of which is hereby served upon you.

| | |
|---|---|
| Myles McGuire, Attorney for Plaintiff<br>KamberEdelson, LLC<br>53 West Jackson Boulevard, Suite 1530<br>Chicago, Illinois 60604 | (312) 589-6370<br>(312) 873-4610 (Fax)<br>mmcguire@kamberedelson.com |

## CERTIFICATE OF SERVICE

Myles McGuire, an attorney, hereby certifies that he served Plaintiff's Motion to Remand upon the person(s) to whom the preceding Notice of Motion is addressed by electronic transmission before 5:00 p.m. on April 18, 2008.

By: /s/ Myles McGuire
Myles McGuire