UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MYSPACE, INC., a Delaware corporation,<br><br>Defendant. | No. 08 CV 01578<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Sidney I. Schenkier |

### NOTICE OF MOTION

TO:   Blaine C. Kimrey
　　　David R. Geerdes
　　　Sonnenschein, Nath & Rosenthal, LLP
　　　233 South Wacker Drive
　　　Sears Tower
　　　Chicago, IL 60606
　　　(312) 876-3175
　　　bkimrey@sonnenschein.com
　　　dgeerdes@sonnenschein.com

On June 16, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 2303 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present Plaintiff's Motion for Preliminary Injunction and Class Certification, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 11, 2008

　　　　　　　　　　　　　　　　　By: /s/ Jay Edelson
　　　　　　　　　　　　　　　　　　　Jay Edelson
　　　　　　　　　　　　　　　　　　　Myles McGuire
　　　　　　　　　　　　　　　　　　　Ethan Preston
　　　　　　　　　　　　　　　　　　　KAMBEREDELSON LLC
　　　　　　　　　　　　　　　　　　　53 West Jackson Ave., Suite 550
　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　(312) 589-6370
　　　　　　　　　　　　　　　　　　　jedelson@kamberedelson.com