UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br>v.<br><br>MYSPACE, INC., a Delaware corporation,<br><br>              Defendant. | No. 08 CV 01578<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Sidney I. Schenkier |

### NOTICE OF MOTION

TO:        Blaine C. Kimrey
             David R. Geerdes
             Sonnenschein, Nath & Rosenthal, LLP
             233 South Wacker Drive
             Sears Tower
             Chicago, IL 60606
             (312) 876-3175
             bkimrey@sonnenschein.com
             dgeerdes@sonnenschein.com

On June 16, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 2303 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present Plaintiff's Motion for Expedited Discovery, a copy of which is hereby served upon you.

                                                                   Respectfully submitted,

Dated: June 11, 2008

                                         By: /s/ Jay Edelson
                                              Jay Edelson
                                              Myles McGuire
                                              Ethan Preston
                                              KAMBEREDELSON LLC
                                              53 West Jackson Ave., Suite 550
                                              Chicago, IL 60604
                                              (312) 589-6370
                                              jedelson@kamberedelson.com