UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals, )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MYSPACE, INC., a Delaware corporation,  )<br>)<br>Defendant.  )<br>) | No. 08 CV 01578<br><br>Judge Milton I. Shadur<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE THAT on Tuesday, June 17, 2008 at 9:15 a.m., the undersigned shall appear before the Honorable Judge Shadur or any judge sitting in his stead, in courtroom 2303, 219 South Dearborn, Chicago, Illinois, and present its FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS and MOTION TO STAY DISCOVERY AND EXTEND TIME TO REPLY TO CRISWELL'S MOTIONS, copies of which are hereby served upon you.

Dated:  June 13, 2008

Respectfully submitted,
MYSPACE, INC.

By:  /s/ David R. Geerdes
One of its attorneys

Blaine C. Kimrey (ARDC # 6279625)
David R. Geerdes (ARDC # 6289557)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008 I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

    /s/ David R. Geerdes
David R. Geerdes
Attorney for defendant MySpace, Inc.

Case 1:08-cv-01578   Document 27   Filed 06/13/2008   Page 2 of 2