**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Michael Crisswell

        Plaintiff,

v.                Case No.: 1:08−cv−01578
                Honorable Milton I. Shadur

MySpace, Inc.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable Milton I. Shadur:Motion for preliminary injunction [20] is entered and continued. Motion to expedite discovery[22] is denied. Motion to dismiss [24] is entered and continued to 7/18/08 at 9:00. Motion for extension of time to file response is granted. Responses due by 7/14/2008 Motion to stay [26] is entered and continued. Motion hearing held on 6/16/2008. Status hearing set for 7/18/2008 at 09:00 AM. The June 25 status date is vacated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.