UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Crisswell
                    Plaintiff,

v.                                          Case No.: 1:08−cv−01578
                                                    Honorable Milton I. Shadur

MySpace, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to continue [33] is granted. Response due August 4, 2008. Motion hearing held on 7/11/2008 regarding motion to continue[33] Status hearing set for 8/13/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.