## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRISSWELL, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>MYSPACE, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>) No. 08-cv-01578<br>)<br>) Judge Milton Shadur<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that the Plaintiff, Michael Crisswell, voluntarily dismisses this case against MySpace, Inc., without prejudice, pursuant to Federal Rule Civil Procedure 41(a)(1) which provides, in relevant part:

> (a) Voluntary Dismissal.
> **(1) By the Plaintiff.**
> (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) a stipulation of dismissal signed by all parties who have appeared.
> (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant MySpace Inc., has neither answered the complaint, nor served a motion for summary judgment. Accordingly, this matter may be voluntarily dismissed without prejudice and without an Order of Court.

                         **By: /s/ Myles McGuire**

Jay Edelson
Myles McGuire
Steven Lezell
KAMBEREDELSON, LLC
53 West Jackson Boulevard
Suite 550
Chicago, Illinois 60604
Telephone: (312) 589-6370

## **CERTIFICATE OF SERVICE**

      I, Myles McGuire, an attorney, certify that on August 1, 2008, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule Civil Procedure 41(a)(1)***, by causing true and accurate copies of such paper to be filed and transmitted via the court's CM/ECF electronic filing system, to the persons shown below, before the hour of 5:00 p.m., on this the 1st day of August, 2008.

Blaine C. Kimrey  
Anthony T. Eliseuson  
David R. Geerdes  
Sonnenshein, Nath & Rosenthal, LLP  
233 South Wacker Drive  
Sears Tower  
Chicago, Illinois 60606

/s/ Myles McGuire